UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:

Mark J Gillis, Stacy Gillis
Debtor(s)

Chapter 13
Case No. 11-14211-JNF

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record.

I am admitted to practice in the federal court bar of this district or otherwise authorized to practice in this court, and I hereby enter my appearance in this case as counsel pursuant to Massachusetts Local Bankruptcy Rule 9010 on behalf of:

Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-4, Asset-Backed Certificates, Series 2007-4

Respectfully submitted,

Wells Fargo Bank, National Association as Trustee for Option One Mortgage Loan Trust 2007-4, Asset-Backed Certificates, Series 2007-4

By its attorney,

Dated: June 26, 2013    By:    /s/ Adam D. Lewis
Adam D. Lewis, Esq., BBO#: 678494
Attorney for the Plaintiff
O'Connell, Attmore & Morris, LLC
71 Park Avenue, Suite C
West Springfield, MA 01089
Telephone (413) 747-1773
Facsimile (413) 746-1529
alewis@oamlaw.com

## CERTIFICATE OF SERVICE

      I, Adam D. Lewis, attorney for the within-named creditor, hereby certify that I have this 26th day of June, 2013 served a copy of the following interested parties of the within document by mailing a copy, therefor, via first class mail, postage prepaid, or via the CM/ECF system if they are registered users, to the following:

Mark J Gillis
237, Forest St
Reading, MA 01867

Stacy Gillis
237, Forest St
Reading, MA 01867

Carolyn Bankowski-13, Trustee
P. O. Box 8250
Boston, MA 02114

Richard King
Office of U.S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

John A. Ullian
220 Forbes Road
Braintree, MA 02184

IRS
600 Arch St #1507
Philadelphia, PA 19106

# TOWN COLLECTOR OF TAXES

                                                /s/ Adam D. Lewis
                                                Adam D. Lewis, Esq., BBO#: 678494